DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM [No. 147248]
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213)894-2446
    Facsimile: (213)894-7819
    Email: Cedina.Kim@usdoj.gov

Attorneys for Defendant
JO ANNE B. BARNHART, Commissioner of Social Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH F. GIORGIANNI,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | No.   CV 05-04489 SH<br><br><u>ORDER OF REMAND</u><br><br>Court: Hon. Stephen Hillman<br>          U.S. Magistrate Judge |

Pursuant to the concurrently filed Stipulation, the parties' request for an order of remand is granted.

IS SO ORDERED.

DATED: January 4, 2006

                              _____/s/_____

                              HONORABLE STEPHEN HILLMAN

                              UNITED STATES MAGISTRATE JUDGE