DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
California State Bar No. 147248
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2446
    Facsimile: (213) 894-7819
    Email: Cedina.Kim@usdoj.gov

Attorneys for Defendant
Jo Anne B. Barnhart, Commissioner of Social
Security Administration

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. GIORGIANNI, | ) | NO. CV 05-04489 SH |
| | ) | |
|     Plaintiff, | ) | JUDGMENT OF REMAND |
| | ) | |
|     v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
|     Defendant. | ) | |

    The Court having received an approved a Stipulation for Remand,

    IT IS HEREBY ADJUDGED that judgment be entered remanding this action to the Commissioner of Social Security for further

///

///

///

action consistent with the Stipulation for Remand, as Authorized by 42 U.S.C. § 405(g), the fourth sentence, as amended.

DATED: __1/4/06_____

```
                        _____/s/_____
                        HONORABLE STEPHEN HILLMAN
                        UNITED STATES MAGISTRATE JUDGE
```